# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

In re:

**Lisa Jeffries Woodward**　　　　　　　　　　Case No. **13-61911**

　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) on 11/11/2013 having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C.§ 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:
**Trustee retains his objection pursuant to 11 U.S.C. §1325(b)(1)(B) [Disposable Income], confirmation is not res judicata as to this issue, and the Debtor(s) shall amend Schedules I and J, provide the Trustee with a copy of their 2013 tax return, and provide three (3) months of pay advices from all sources by June 1, 2014. Debtor has an affirmative obligation to inform the Trustee of any change in income.**

**If the debtor moves to voluntarily dismiss the case, it shall be set for a hearing.**

**Trustee withdraws Motion to Dismiss.**

Date: November 22, 2013

/s/ Larry L. Miller
Larry L. Miller

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee                             United States Bankruptcy Judge

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, and the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.